UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| NEW MARKET AGRICULTURAL CHEMICAL COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 4:14-cv-71-SKL |
| ROBERT HATTAWAY, | ) ) | |
| Defendant. | ) | |

## ORDER

Pursuant to Fed. R. Civ. P. 16(b), a scheduling conference was held by telephone on February 19, 2015. Present by telephone were Attorney Derek W. Edwards for Plaintiff and Attorney Carol A. Molloy for Defendant.

As discussed during the conference, the previously issued Scheduling Order [Doc. 12] remains in effect. Despite a reference to "jury selection" in the Rule 26(f) conference report and discovery plan [Doc. 11, PageID#: 37], the parties confirmed that neither party is seeking a jury trial. By agreement of the parties, the bench trial of this matter will take place in the Chattanooga Division of this Court.

Further, and as addressed at length during the conference, the parties and their counsel are **ORDERED** to participate in good faith in an in-person settlement discussion (with or without a mediator) within thirty (30) days of the date this Order is entered.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE